# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINE TRIM<br><br>PLAINTIFF(S)<br><br>v.<br><br>LENDING 3, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:23–cv–00922–FWS–DFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 5/25/2023 | 3 | Request for Clerk to Issue Subpoena |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Incorrect event selected. Correct event to be used is Summons Request. You need not take any action in response to this notice unless and until the Court directs you to do so.


Clerk, U.S. District Court

Dated: May 25, 2023          By: /s/ *Geneva Hunt  geneva_hunt@cacd.uscourts.gov*
                                      Deputy Clerk