Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Stephen A. Klein
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LUCINE TRIM,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LENDING 3, INC.** d/b/a **LENDING3**, a California corporation,<br><br>Defendant. | Case No. 8:23-cv-00922-FWS (DFMx)<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Lucine Trim ("Plaintiff") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff and Defendant Lending 3, Inc. d/b/a Lending3 ("Defendant") have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff.

2. The Parties are presently working to finalize the settlement, and pursuant to the Court's Order to Show Cause (dkt. 14) and Rule 41 of the

NOTICE OF SETTLEMENT - 1 -

Federal Rules of Civil Procedure, Plaintiff intends to file a voluntary dismissal within thirty (30) days.

Plaintiff respectfully requests that all deadlines and proceedings in the above-captioned case be stayed to permit the finalization of the settlement agreement..

Respectfully submitted,

Dated: August 25, 2023

**LUCINE TRIM**, individually and on behalf of all others similarly situated,

By:   */s/ Stephen A. Klein*
One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Stephen A. Klein*
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff and the Class*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that a true and correct copy of the above- |
| 3 | titled document was served upon counsel of record via email on August 25, 2023. |
| 4 | */s/ Stephen A. Klein* |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |